# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ANTHONY MCDOUGAL, JR.**                                                    **PLAINTIFF**

**v.**                     **Case No. 3:18-cv-00203-KGB**

**CRAIGHEAD COUNTY**
**DETENTION CENTER**, *et al*.                                                **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 6). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 6). Accordingly, the Court dismisses without prejudice plaintiff Anthony McDougal, Jr.'s complaint (Dkt. No. 1) for failure to state a claim upon which relief may be granted. The Court concludes that dismissal of this action constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

It is so ordered this 15th day of July, 2019.

                                                                  Kristine G. Baker
                                                                  United States District Judge