IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY MCDOUGAL, JR.                                                       PLAINTIFF

v.                      Case No. 3:18-cv-00203-KGB

CRAIGHEAD COUNTY
DETENTION CENTER, *et al*.                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Anthony McDougal, Jr.'s claims are dismissed without prejudice.

It is so adjudged this 15th day of July, 2019.

_____
Kristine G. Baker
United States District Judge